Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHSHORE SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>A.J. and N.J. on behalf of their minor child, P.J.,<br><br>    Defendants. | No. 2:22-cv-01630-JHC<br><br>ORDER GRANTING LEAVE TO FILE UNREDACTED ADMINISTRATIVE RECORD UNDER SEAL |

This matter comes before the Court on the parties' stipulated motion to file the administrative record under seal. The Court starts from the position that there is "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). To overcome this presumption, there must be a "compelling reason" for sealing that is "sufficient to outweigh the public's interest in disclosure." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Compelling reasons exist in this case. The parties' interests in keeping the information in the record confidential to protect the minor student at issue outweighs the public's interest in disclosure of these confidential records. *See id.* Given the volume of the record and the prevalence of sensitive information contained in the record, redacting this confidential information would be overly burdensome and would render the record difficult to understand – and thus far less valuable – to the public and the

ORDER GRANTING LEAVE TO FILE
UNREDACTED ADMINISTRATIVE RECORD
UNDER SEAL - 1

Cause No. 2:22-cv-01630-JHC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Court. Accordingly, the Court GRANTS the parties' stipulated motion and DIRECTS the Clerk to maintain the administrative record under seal once it is filed.

DATED this 15th day of March, 2023.

_____
John H. Chun
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP

By /s/ Sarah C. Johnson
　　Carlos A. Chavez, WSBA #34076
　　Sarah C. Johnson, WSBA #34529
*Attorneys for Plaintiff Northshore School District*

FORD LAW FIRM

By: /s/ Ryan P. Ford
　　Ryan P. Ford, WSBA #50628
*Attorneys for Defendants*

ORDER GRANTING LEAVE TO FILE
UNREDACTED ADMINISTRATIVE RECORD
UNDER SEAL - 2
Cause No. 2:22-cv-01630-JHC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750