UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NORTHSHORE SCHOOL DISTRICT, | CASE NO. 2:22-cv-01630-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| A.J. and N.J. on behalf of their minor child, P.J., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

The Court hereby ORDERS the following case schedule[1]:

| Event | Date |
| --- | --- |
| Discovery Deadline | June 16, 2023 |
| Deadline to File any Discovery or Evidentiary Motions | June 19, 2023 |
| District's Opening Brief (limited to 48 pages) | July 19, 2023 |
| Defendants' Opposition and Opening Brief (limited to 48 pages) | August 28, 2023 |
| District's Opposition and Reply Brief (limited to 20 pages) | September 18, 2023 |

---

[1] The Court declines to adopt the schedule proposed by the parties, including their request to set a case schedule contingent on the date of the Court's resolution of discovery and evidentiary motions. If a party later finds that resolution of a pending motion is necessary before briefing can begin, the party may move to modify the case schedule at that time.

MINUTE ORDER - 1

| Defendants' Reply Brief (limited to 20 pages) | October 10, 2023 |

Dated this 30th day of March 2023.

<u>Ravi Subramanian</u>
Clerk

<u>*/s/Ashleigh Drecktrah*</u>
Deputy Clerk

MINUTE ORDER - 2