Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHSHORE SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>A.J. and N.J. on behalf of their minor child, P.J.,<br><br>Defendants. | No. 2:22-cv-01630-JNW<br><br>ORDER GRANTING STIPULATED MOTION TO STAY BRIEFING ON ISSUE OF ATTORNEYS' FEES AND COSTS |

This matter comes before the Court on Plaintiff Northshore School District's (the "District's") and Defendants A.J. and N.J. on behalf of their minor child, P.J.'s ("Parents'") Stipulated Motion to Stay Briefing on Issue of Attorneys' Fees and Costs ("Stipulated Motion").

The parties' Stipulated Motion is **GRANTED**. Parents may file a motion for attorneys' fees and costs following entry of the Court's decision on the merits of the District's appeal, no later than 30 days thereafter.

DATED this 26th day of June, 2023.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATED MOTION
REGARDING ATTORNEYS' FEES BRIEFING - 1
Cause No. 2:22-cv-01630-JNW

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Presented by:

PACIFICA LAW GROUP LLP

By: /s/ Sarah C. Johnson
     Carlos A. Chavez, WSBA #34076
     Sarah C. Johnson, WSBA #34529
*Attorneys for Plaintiff Northshore School District*

FORD LAW FIRM

By: /s/ Ryan P. Ford
     Ryan P. Ford, WSBA #50628
*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION
REGARDING ATTORNEYS' FEES BRIEFING - 2
Cause No. 2:22-cv-01630-JNW

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750