Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHSHORE SCHOOL DISTRICT,<br><br>       Plaintiff,<br><br> v.<br><br>A.J. and N.J. on behalf of their minor child, P.J.,<br><br>       Defendants. | No. 2:22-cv-1630<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND THE BRIEFING DEADLINES |

  This matter comes before the Court on Plaintiff Northshore School District's (the "District's") and Defendants A.J. and N.J. on behalf of their minor child, P.J.'s ("Parents'") Stipulated Motion to Extend the Briefing Deadlines ("Stipulated Motion").

  The parties' Stipulated Motion is **GRANTED**. The parties are relieved from the briefing deadlines set forth in the Court's Minute Order dated March 30, 2023 (Dkt. # 19).

  The Court further **ORDERS** that the briefing schedule for resolution of the District's appeal be as follows:

- The District's Opening Motion: due August 18, 2023, not to exceed 48 pages;
- Parents' Opposition and Cross-Motion: due September 27, 2023, not to exceed 48 pages;
- The District's Opposition and Reply: due October 18, 2023, not to exceed 20 pages; and

ORDER GRANTING STIPULATED MOTION TO EXTEND
THE BRIEFING DEADLINES - 1
Cause No. 2:22-cv-1630-JNW

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

- Parents' Reply: due November 9, 2023, not to exceed 20 pages.

DATED this 29th day of June, 2023.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP

By: */s/ Sarah C. Johnson*
    Carlos A. Chavez, WSBA #34076
    Sarah C. Johnson, WSBA #34529
*Attorneys for Plaintiff Northshore School District*

FORD LAW FIRM

By: */s/ Ryan P. Ford*
    Ryan P. Ford, WSBA #50628
*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION TO EXTEND
THE BRIEFING DEADLINES - 2
Cause No. 2:22-cv-1630-JNW

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750