Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHSHORE SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>A.J. and N.J. on behalf of their minor child, P.J.,<br><br>    Defendants. | No. 2:22-cv-1630<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE THE BRIEFING DEADLINES |

This matter comes before the Court on Plaintiff Northshore School District's (the "District's") and Defendants A.J. and N.J. on behalf of their minor child, P.J.'s ("Parents'") Stipulated Motion to Extend the Briefing Deadlines to After the Court's Ruling on the Pending Motions to Supplement ("Stipulated Motion").

The parties' Stipulated Motion is **GRANTED**. The parties are relieved from the briefing deadlines set forth in the Court's Order Granting Stipulated Motion to Extend the Briefing Deadlines dated June 29, 2023. Dkt. # 30.

The Court further **ORDERS** that the briefing schedule for resolution of the District's appeal be as follows:

- The District's Opening Motion: due 2 weeks after the Court rules on the pending Motions to Supplement the Administrative Record, Dkt. ## 21 and 34, not to exceed 48 pages;

ORDER GRANTING STIPULATED MOTION TO CONTINUE
THE BRIEFING DEADLINES - 1
Cause No. 2:22-cv-1630-JNW

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

- Parents' Opposition and Cross-Motion: due 45 days after the District's Opening Motion, not to exceed 48 pages;
- The District's Opposition and Reply: due 20 days after Parents' Opposition and Cross-Motion, not to exceed 20 pages; and
- Parents' Reply: due 20 days after the District's Opposition and Reply, not to exceed 20 pages.

Per the parties' stipulated motion, the Court will review any additional proposed stipulations to further extend the briefing deadlines as necessary to accommodate Parents' counsel's availability.

DATED this 11th day of August, 2023.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP


By: /s/ Sarah C. Johnson
   Carlos A. Chavez, WSBA #34076
   Sarah C. Johnson, WSBA #34529
*Attorneys for Plaintiff Northshore School District*


FORD LAW FIRM


By: /s/ Ryan P. Ford
   Ryan P. Ford, WSBA #50628
*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION TO CONTINUE
THE BRIEFING DEADLINES - 2
Cause No. 2:22-cv-1630-JNW

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750