UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHSHORE SCHOOL DISTRICT,<br><br>      Plaintiff,<br><br>v.<br><br>A.J. and N.J. on behalf of their minor child, P.J.,<br><br>      Defendants. | Case No.: 2:22-cv-01630-JNW<br><br>ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE |

This matter comes before the Court on A.J. and N.J. on behalf of their minor child, P.J., ("Parents'") and the Northshore School District's (the "District's") (together the "Parties") Second Stipulated Motion to Continue Briefing Schedule ("Stipulated Motion").

The Parties' Stipulated Motion is **GRANTED**. The Parties are relieved from the remaining briefing deadlines set forth in the Court's Order Granting Stipulated Motion to Continue the Briefing Deadlines, dated August 11, 2023. Dkt. # 46.

The Court further **ORDERS** that the briefing schedule for the remainder of the briefing be as follows:

ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE
NO. 2:22-CV-01630-JNW - 1

**CEDAR LAW PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
ryan@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101

- Parents' Opposition and Cross-Motion: due June 7, 2024, not to exceed 48 pages;

- The District's Opposition and Reply: due July 5, 2024, not to exceed 20 pages; and

- Parents' Reply: due July 25, 2024, not to exceed 20 pages.

SIGNED this 10th day of May, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

CEDAR LAW PLLC


By: __s/ Ryan Ford_____
Ryan P. Ford, WSBA # 50628
*Attorneys for Defendants*


PACIFICA LAW GROUP LLP


By: __s/ Sarah Johnson_____
Carlos A. Chavez, WSBA # 34076
Sarah C. Johnson, WSBA # 34529
*Attorneys for Plaintiff*

ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE
NO. 2:22-CV-01630-JNW - 2

**CEDAR LAW PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
ryan@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101