# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHSHORE SCHOOL DISTRICT,<br><br>     Plaintiff,<br><br>  v.<br><br>A.J. and N.J. on behalf of their minor child, P.J.,<br><br>     Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C22-1630 TSZ |

\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Corrected Findings of Fact, Conclusions of Law, and Final Order issued by Administrative Law Judge Paul Alig, AR 1846–1906 (docket no. 16-8 at 220 – docket no. 16-9 at 30), is REVERSED. Judgment is entered in favor of plaintiff Northshore School District and against defendants A.J. and N.J. on behalf of their minor child, P.J.

Dated this 26th day of February, 2025.

              Ravi Subramanian
              Clerk

              s/Laurie Cuaresma
              Deputy Clerk